UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DARREN IRVINE                                                      PETITIONER

V.                                           CIVIL ACTION NO. 3:23-CV-220-KHJ-MTP

MAJOR UNKNOWN MCCARTHY                                   RESPONDENT

FINAL JUDGMENT

For the reasons stated in the Court's Order entered today, and in accordance

with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for

Respondent. Irvine's claims are dismissed without prejudice. This case is closed.

SO ORDERED, this 24th day of October, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE